MARY CASSIDY, Respondent, *v.* CELIA CASSIDY, Appellant, et al., Defendant.

Submitted January 3, 1956; decided January 12, 1956.

Motion for reargument and to amend the remittitur denied, with $10 costs. [See 309 N. Y. 332.]

LOUIS CRESCENZO et al., Appellants, *v.* JOSEPH RUBINOW et al., Respondents.

Submitted January 3, 1956; decided January 12, 1956.

Motion to dismiss appeal denied upon the ground that rules I and VI of the Rules of the Court of Appeals prescribe the proper remedy.